FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:22-cr-18-TPB-NPM

18 U.S.C. § 922(g)(1)

SAMUEL ROBERT BRUNER

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about December 1, 2021, in the Middle District of Florida, the defendant,

SAMUEL ROBERT BRUNER,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession with Intent to Sell, on or about February 24, 1997;

2. Possession with Intent, on or about February 24, 1997;

3. Contraband within Detention Facility, on or about April 14, 1998;

4. Robbery, on or about February 21, 2003;

5. Assault with Deadly Weapon, on or about February 21, 2003;

6. Aggravated Battery, on or about February 21, 2003;

7. Tampering with Witness, on or about February 21, 2003;

8. Larceny, on or about December 1, 2008;

9. Possession of Cocaine, on or about December 1, 2008;

10. Possession of Firearm by Convicted Felon, on or about April 18, 2012;

11. Petit Theft-Three or more, on or about August 23, 2017;

12. Larceny, on or about August 23, 2017; and

13. Robbery, on or about August 23, 2017,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Taurus Judge .45 LC/.410-gauge revolver, a Taurus Ultra-lite .38 special revolver, a Derya Arms Meriva 12-gauge shotgun, and assorted brands and calibers of ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## **FORFEITURE**

1. The allegations contained in the single-count Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

    a. A Taurus Model Judge .45 LC/.410-gauge revolver, serial number: CF839870;

    b. A Taurus Model Ultra-lite .38 special revolver, serial number: 119094;

 c. A Derya Arms Model Meriva 12-gauge shotgun, serial number: R203370;

 d. Approximately 18 rounds of Winchester-Western brand .38 special ammunition;

 e. Approximately nine rounds of PMC brand .22 caliber ammunition;

 f. Approximately six rounds of Remington-UMC brand .22 caliber ammunition;

 g. Approximately six rounds of Winchester 12-gauge shotshells;

 h. Approximately three rounds of Remington 12-gauge shotshells;

 i. Approximately three rounds of Armscor .357 magnum ammunition;

 j. Approximately two rounds of Federal .357 magnum ammunition,

 k. Approximately two rounds of Sellier and Bellot .38 special ammunition;

 l. Approximately two rounds of Remington-Peters .38 special ammunition,

 m. Approximately one round of Western .38 special ammunition;

 n. Approximately one round of Winchester .38 special ammunition; and

 o. Approximately one round of Fiocchi 12-gauge shotshell.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: Mark R. Morgan
Assistant United States Attorney

By: Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
February 22

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

SAMUEL ROBERT BRUNER

INDICTMENT

Violations:  18 U.S.C. § 922(g)(1)

A true bill,

███████████████████
Foreperson

Filed in open court this 23rd day

of February, 2022.

_____
Clerk

Bail $_____

GPO 863 525